THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REYES RODRIGUEZ, Appellant.

Submitted October 9, 2012; decided October 18, 2012

1044

Motion for assignment of counsel granted and Arnold J. Levine, Esq., 233 Broadway, Suite 901, New York, NY 10279 assigned as counsel to the appellant on the appeal herein.